IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30517
_____

GEORGE TRAHAN,

Plaintiff-Appellant,

versus

BELLSOUTH TELECOMMUNICATIONS, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court for
the Western District of Louisiana
(96-CV-1690)
_____

October 8, 1997

Before REAVLEY, KING and DAVIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by that court in its Memorandum Ruling and Judgment dated March 31, 1997.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.